UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IRIS O. GREEN, | ) |
| | )   06-2016 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE BARNHART, Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) |

ORDER APPROVING MAGISTRATE RECOMMENDATION

Two recommendations in the above cause were filed by the Magistrate Judge on December 8, 2006. More than ten working days have elapsed since service of a copy of the recommendations and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendations of the Magistrate Judge are, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The plaintiff's motion for summary judgment or remand [#13] is granted. The defendant's motion for an order which affirms the Commissioner's decision [#15] is denied. This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with the recommendation of the Magistrate Judge. Remand pursuant to 42 U.S.C. § 405(g), sentence four, terminates the case. *Shalala v. Schaefer*, 509 U.S. 292, 299 (1993).

ENTERED this 3rd day of January, 2007.

**s\Harold A. Baker**

_____

HAROLD A. BAKER
U.S. DISTRICT JUDGE